UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| TONI JANEAN NICHOLSON,<br><br>                                Plaintiff,<br><br>v.<br><br>GREATER NEVADA CREDIT UNION; and DOES 1-10, inclusive,<br><br>                                Defendants. | Case No.: 17-cv-02008-H-JMA<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Doc. No. 15] |
|---|---|

On May 21, 2018, the parties filed a joint motion to dismiss this action with prejudice, with each party to bear its own attorneys' fees, costs, and expenses. (Doc. No. 15.) For good cause shown, the Court **GRANTS** the joint motion and **DISMISSES** this action with prejudice, with each party to bear its own attorneys' fees, costs, and expenses. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: May 21, 2018

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT